DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SUSAN COMBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-502-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | ORDER |
| ) | |
| SUSAN COMBS, ) | |
| ) | Date: June 15, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, SUSAN COMBS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for May 4, 2007 be reset for Friday, June 15, 2007 at 10:00 a.m.

This continuance is being requested because the defense needs additional time to review the discovery, obtain additional discovery,

1

and investigate this case.  The parties need additional time to meet to discuss a possible resolution.

The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for June 15, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 30, 2007            Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SUSAN COMBS


                                 McGREGOR W. SCOTT
                                 United States Attorney


DATED:  April 30, 2007           /s/ Rachelle Barbour for
                                 ELLEN ENDRIZZI
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED:   May 1, 2007              /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

2