```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorneys for Defendant
    SUSAN COMBS
 7
 8
                     IN THE UNITED STATES DISTRICT COURT
 9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12
13  UNITED STATES OF AMERICA,       ) No. CR-S-06-502-EJG
                                    )
14            Plaintiff,            ) STIPULATION CONTINUING STATUS
                                    ) CONFERENCE AND EXCLUDING TIME;
15    v.                            ) ORDER
                                    )
16  SUSAN COMBS,                    )
                                    ) Date: July 13, 2007
17            Defendant.            ) Time: 10:00 a.m.
                                    ) Judge: Hon. Edward J. Garcia
18  _____  )
19
20       It is hereby stipulated and agreed to between the United States
21  of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and
22  defendant, SUSAN COMBS, by and though his counsel, RACHELLE BARBOUR,
23  Assistant Federal Defender, that the status conference set for June 15,
24  2007 be reset for Friday, July 13, 2007 at 10:00 a.m.
25       This continuance is being requested because the defense needs
26
27  additional time to review the discovery, obtain additional discovery,
28                                   1
```

and investigate this case.  The parties need additional time to meet to discuss a possible resolution.

The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for July 13, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 13, 2007            Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                SUSAN COMBS


                                McGREGOR W. SCOTT
                                United States Attorney


DATED:  June 13, 2007           /s/ Rachelle Barbour for
                                ELLEN ENDRIZZI
                                Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: June 13, 2007            /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE

2