DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SUSAN COMBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>   v.                                 )<br>                                      )<br> SUSAN COMBS,                         )<br>                                      )<br>            Defendant.                )<br>                                      )<br> _____ ) | No. CR-S-06-502-EJG<br><br>STIPULATION CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME;<br>ORDER<br><br>Date: August 24, 2007<br>Time:   10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, SUSAN COMBS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for July 13, 2007 be reset for Friday, August 24, 2007 at 10:00 a.m.

This continuance is being requested because the defense needs additional time to review discovery, obtain additional discovery, and

1

investigate this case.  The parties need additional time to meet to discuss a possible resolution.

    The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for August 24, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 10, 2007                  Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Rachelle Barbour
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      SUSAN COMBS

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED:  July 10, 2007                /s/ Rachelle Barbour for
                                      ELLEN ENDRIZZI
                                      Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 10, 2007                  /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      UNITED STATES DISTRICT JUDGE