DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SUSAN COMBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-502-EJG |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; AND ORDER |
| v. | |
| SUSAN COMBS, | |
| Defendant. | Date: September 7, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, SUSAN COMBS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for August 24, 2007 be reset for Friday, September 7, 2007 at 10:00 a.m.

This continuance is being requested because the defense needs to finalize a plea agreement and provide it to the Court.  The defense

1

continues to do investigation into restitution and loss amounts that will be determined by the Court at sentencing.

The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for September 7, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 21, 2007            Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  SUSAN COMBS


                                  McGREGOR W. SCOTT
                                  United States Attorney



DATED:  August 21, 2007           /s/ Rachelle Barbour for
                                  ELLEN ENDRIZZI
                                  Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**


DATED: August 21, 2007
                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

2