DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SUSAN COMBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-502-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING JUDGMENT |
| ) | AND SENTENCING AND PSR DISCLOSURE |
| v. ) | DATES AND ORDER |
| ) | |
| SUSAN COMBS, ) | |
| ) | Date: December 14, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, SUSAN COMBS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing date set for November 16, 2007 be reset for Friday, December 14, 2007 at 10:00 a.m.  The parties further request that the PSR disclosure dates be extended as follows:

1

```
        Draft PSR                           November 16, 2007
        Informal Objections                 November 23, 2007
        Final PSR                           November 30, 2007
        Formal Objections/Motion to Correct December 7, 2007
```

This continuance is being requested so that the parties and the probation officer have additional time to investigate loss amount. Defense counsel has spoken with USPO Teresa Hoffman who concurs with this request.

DATED: October 2, 2007           Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SUSAN COMBS

                                 McGREGOR W. SCOTT
                                 United States Attorney

DATED:  October 2, 2007          /s/ Rachelle Barbour for
                                 ELLEN ENDRIZZI
                                 Assistant U.S. Attorney

## O R D E R

**IT IS SO ORDERED.**

DATED: October 3, 2007           /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

2