DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SUSAN COMBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-502-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING JUDGMENT |
| ) | AND SENTENCING AND PSR DISCLOSURE |
| v. ) | DATES AND ORDER THEREON |
| ) | |
| SUSAN COMBS, ) | |
| ) | Date: January 11, 2008 |
| Defendant. ) | Time:   10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, SUSAN COMBS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing date set for December 14, 2007 be reset for Friday, January 11, 2008 at 10:00 a.m.  The parties further request that the PSR disclosure dates be extended as follows:

1

| | |
|---|---|
| Draft PSR | December 7, 2007 |
| Informal Objections | December 21, 2007 |
| Final PSR | December 28, 2007 |
| Formal Objections/Motion to Correct | January 4, 2008 |
| Judgment and Sentencing | January 11, 2008 |

This continuance is being requested so that the parties and the probation officer have additional time to investigate loss and restitution amount. Defense counsel has spoken with USPO Teresa Hoffman who concurs with this request.

DATED: November 8, 2007     Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
SUSAN COMBS

McGREGOR W. SCOTT
United States Attorney

DATED: November 8, 2007     /s/ Rachelle Barbour for
ELLEN ENDRIZZI
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 11/13/07     /s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2