UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    Susan Jo COMBS
                                         Docket Number:   2:06CR00502-01
                                         **CONTINUANCE OF JUDGMENT**
                                         **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from January 11, 2008 to February 15, 2008, at 10:00 a.m.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer is still investigating the case and is waiting for documents on a related civil case.  All parties agree a continuance is appropriate.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                      Respectfully submitted,


                                         **Teresa C. Hoffman**
                                    **United States Probation Officer**

**REVIEWED BY:**  _____
                        **Terri L. Wilkins**
                        **Supervising United States Probation Officer**

Dated:       December 13, 2007
                Sacramento, California

**RE:    Susan Jo COMBS**
**       Docket Number:   2:06CR00502-01**
**       CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc:    Clerk, United States District Court
       United States Attorney's Office
       United States Marshal's Office
       Rachelle Barbour, Defense Counsel
       Probation Office Calendar clerk


| _X_ **Approved** | /s/ Edward J. Garcia | 12/18/07 |
|---|---|---|
|  | **EDWARD J. GARCIA** |  |
|  | **Senior United States District Judge** | **Date** |
| ___ **Disapproved** |  |  |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number: 2:06CR00502-01 |
| **Plaintiff,** | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Susan Jo COMBS | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 02/15/2008 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 02/08/2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 02/01/2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 01/25/2008 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 01/11/2008 |