```
DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SUSAN COMBS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-502-EJG |
| Plaintiff, | ) | STIPULATION CONTINUING SELF-SURRENDER DATE; ORDER |
| v. | ) | |
| SUSAN COMBS, | ) | New Date: April 25, 2008 at 2:00 p.m. |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, SUSAN COMBS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the self-surrender date of March 27, 2008 be continued to April 25, 2008 at 2:00 p.m., so that Ms. Combs may receive a designation from the Bureau of Prisons prior to her self-surrender.

1

Defense counsel has not yet received notification of designation and contacted the Marshals office, which indicated that it had just received the judgment and forwarded it to the Bureau of Prisons for designation.  It is not anticipated that a designation will be received prior to the currently set self-surrender date.

DATED: March 12, 2008          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Rachelle Barbour
                               RACHELLE BARBOUR
                               Assistant Federal Defender
                               Attorney for Defendant
                               SUSAN COMBS

                               McGREGOR W. SCOTT
                               United States Attorney

DATED:  March 12, 2008         /s/ Rachelle Barbour for
                               ELLEN ENDRIZZI
                               Assistant U.S. Attorney

## O R D E R

**IT IS SO ORDERED.**

DATED: March 12, 2008            /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               UNITED STATES DISTRICT JUDGE